Carmen Nora TOMEY, Plaintiff—Appellant,

and

Mark Steven Tomey, Sr., Plaintiff,

v.

BALTIMORE COUNTY GOVERNMENT (Executive Office, Social Services, Zoning, Police Department); Lieutenant McGraw; Officer Jednorski; Officer Sabotka, Defendants—Appellees,

and

Drew Goeb, Baltimore County Department of Social Services; Rebecca Daniels, Code Enforcement, Defendants.

No. 11–1725.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 20, 2012.

Decided: Feb. 8, 2012.

Carmen Nora Tomey, Appellant Pro Se. Adam Matthew Rosenblatt, Associate Solicitor, Towson, Maryland, for Appellees.

Before SHEDD, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmen Nora Tomey seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Tomey v. Baltimore Cnty.,* No. 1:09–cv–00390–BEL, 2011 WL 2457679 (D. Md. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*